UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIKLOS DANIEL BRODY,<br><br>Defendant. | Case No. 22-cr-00168-WHO-1<br><br>**ORDER DENYING MOTION TO STAY ACCRUAL OF INTEREST** |

Defendant Miklos Daniel Brody moves to stay accrual of interest on the fine and restitution judgment against him. Dkt. No. 234. He argues, correctly in my view, that I have authority to do so.[1] He failed to request the stay at sentencing; I would have denied it then because I was unaware of his alleged indigency, which he has claimed in seeking permission to appeal in forma pauperis. Dkt. No. 216. That application surprised me, particularly given the manner in which his defense had been litigated by private counsel. But even considering his current alleged indigency, and upcoming incarceration, Brody is 38 years old and has the skills and future earning capability to pay the restitution amount with interest in order to make his victim whole. Under the circumstances, it would be inequitable to waive interest.

**IT IS SO ORDERED.**

Dated: January 31, 2024

William H. Orrick
United States District Judge

---

[1] See the excellent opinion of the Hon. Edward M. Chen in *United States v. Jones*, No. 17-CR-00344-EMC-1, 2023 WL 4238478, at *2-6, 2023 U.S. Dist. LEXIS 111681 (N.D. Cal. June 28, 2023).