1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6

7    UNITED STATES OF AMERICA,              Case No.  22-cr-00168-WHO-1
8                    Plaintiff,
9          v.                              ORDER DENYING DEFENDANT
                                           ACCESS TO ACCOUNTS FROZEN BY
10   MIKLOS DANIEL BRODY,                   THE GOVERNMENT
11                   Defendant.
12

13        Defendant Miklos Daniel Brody moves for permission to access financial accounts frozen

14   by the government in order to get his financial affairs in order, make a restitution payment, and

15   pay the monthly CJA fee.  Dkt. No. 241.  The government objects: it reached out to some, though

16   not all, of Brody's financial institutions to inform them of the government's lien on Brody's

17   accounts under 18 U.S.C. § 3613(c), which ensures that the assets in them are available for the

18   victim in this case.  Dkt. 242 ("Objection").  Some, but not all, of Brody's financial institutions

19   subsequently froze Brody's accounts.  It is clear that Brody continues to access some other

20   accounts because on February 1, 2024, the day before he filed this motion, he made a restitution

21   payment of $110,000 from some source.  That payment is obviously a positive step towards

22   compliance with his obligations under the Judgment—yet he did not mention it in support of his

23   motion.  It is unclear what accounts he can access today, other than his checking account, and

24   what assets they hold.

25        Brody's motion is DENIED.  If Brody is unrepresented, AUSA Hsu has offered to

26   communicate with him.  Objection, Dkt. No. 242, at 3:7-12.  To the extent Brody has concerns

27   about his ability to comply with his obligations, he should be prepared to truthfully confirm all of

28

United States District Court
Northern District of California

his assets, in his accounts and otherwise, if he is seeking some accommodation by the government.

**IT IS SO ORDERED.**

Dated: February 8, 2024



William H. Orrick
United States District Judge

United States District Court
Northern District of California

2